1   Mark W. Waterman, SBN 175029
    mwaterman@lozanosmith.com
2   Erin M. Hamor, SBN 306673
    ehamor@lozanosmith.com
3   **LOZANO SMITH**
    One Capitol Mall, Suite 640
4   Sacramento, CA  95814
    Telephone:  (916) 329-7433
5   Facsimile:   (916) 329-9050

6   Attorneys for Defendants
    SUPREME COURT OF CALIFORNIA,
7   SECOND APPELLATE DISTRICT OF THE
    COURT OF APPEAL, and SUPERIOR COURT
8   OF CALIFORNIA, COUNTY OF
    LOS ANGELES

9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

13   ERNIE CALHOON, a private person,      Case No. 5:23-cv-00600-JGB-SHK

14                 Plaintiff,              **JUDGMENT FOR JUDICIAL**
                                           **BRANCH DEFENDANTS**
15        vs.

16

17   STATE BAR OF CALIFORNIA,
     SUPREME COURT OF CALIFORNIA,
18   COURTS OF APPEALS, SUPERIOR
     COURTS, JUDICIAL BRANCHES,
19   DOES 1-500,

20

21                 Defendants.

22

23

24

25

26

27

28

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

Pursuant to the Court's Order granting Defendants' Supreme Court of California ("Supreme Court"), Second Appellate District of the Court of Appeal ("Court of Appeal"), and Superior Court of California, County of Los Angeles ("Superior Court") (collectively, "Judicial Branch Defendants") motion to dismiss, filed on January 18, 2024 (Dkt. 45), IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1.     Plaintiff's First Amended Complaint against Judicial Branch Defendants is dismissed with prejudice; and

2.     Judgment is entered in favor of Judicial Branch Defendants, as against Plaintiff Ernie Calhoon.

**IT IS SO ORDERED.**

DATE:  August 9, 2024

HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050